[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 29, 2007
THOMAS K. KAHN
CLERK

_____

No. 05-14494
Non-Argument Calendar

_____

D. C. Docket No. 04-00348-CR-RDP-TMP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAFONDA MONTA GREEN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(May 29, 2007)**

Before ANDERSON, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Patrick O. Sims, appointed appellate counsel for Lafonda Monta Green, has

filed a motion to withdraw on appeal, supported by a brief prepared pursuant to

Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).[1]  Our

independent review of the entire record reveals that counsel's assessment of the

relative merit of the appeal is correct.  Because independent examination of the

entire record reveals no arguable issues of merit, counsel's motion to withdraw is

**GRANTED**, Green's motion for appointment of new counsel is **DENIED** as moot,

and his convictions and sentences are **AFFIRMED.**

---

[1]  Sims has titled his motion as: (1) "motion for leave to file motion to withdraw;" and (2) "motion to renew appellant's Anders brief out of time."  We construe Sims's motions as one motion to withdraw, and, therefore, collectively refer to counsel's "motion to withdraw."